IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LEONARD D. SPENCER,

    Plaintiff,

v.                                        Case No. 4:16cv508-MW/CAS

C. KEEL, A. KIRKLAND,
DR. FRANCIS ONG, and
CORIZON HEALTH, INC.,

    Defendant.
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 47, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 50. Accordingly,

**IT IS ORDERED**:

The report and recommendation is **accepted and adopted**, over Plaintiff's objections, as this Court's opinion. The Clerk shall enter judgment stating, "The Order granting Plaintiff leave to proceed in forma pauperis, ECF No. 10, is **VACATED** and Plaintiff is **DENIED** leave to proceed in forma pauperis, ECF Nos. 2 and 9. The motion to dismiss, ECF No. 38, is **GRANTED**. All other pending motions, ECF Nos. 28, 29, and 46, are **DENIED AS MOOT**. This cause is

1

**DISMISSED WITHOUT PREJUDICE** pursuant to § 1915(g)." The Clerk shall close the file.

**SO ORDERED on February 27, 2018.**

<u>s/Mark E. Walker       </u>
**United States District Judge**